and to sustain the judgment of conviction. The accused was entitled to the general affirmative charge requested in writing, and for the failure to give this charge the judgment is reversed and the cause remanded. Reversed and remanded.

**(102 So. 925)**

Alford SHORT v. STATE. (6 Div. 580.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

**(102 So. 925)**

Alma SKAVIRA v. John W. BYRD. (6 Div. 625.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; Wm. M. Walker, Judge.

FOSTER, J. Appeal dismissed on motion of appellant.

**(102 So. 925)**

Henry SLAUGHTER v. STATE. (6 Div. 515.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

**(102 So. 926)**

Jas. W. SMITH v. H. C. DEESE. (7 Div. 107.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Cleburne County; S. W. Tate, Judge.

RICE, J. Affirmed.

**(102 So. 926)**

C. M. SMITH v. Mack LOVETT. (6 Div. 502.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

**(103 So. 926)**

J. H. SMITH v. STATE. (7 Div. 67.) (Court of Appeals of Alabama. April 14, 1925.) Appeal from Circuit Court, Talladega County; S. W. Tate, Judge. Violating prohibition law.

RICE, J. Appeal is on the record proper, without bill of exceptions. There being no error apparent in the record, let the judgment be affirmed.

**(102 So. 926)**

Ben SOMMERVILLE v. STATE. (6 Div. 541.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

**(102 So. 926)**

SOUTHEASTERN EXP. CO. v. W. J. HOWELL. (6 Div. 694.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

**(102 So. 926)**

Jim SOUTHERLAND v. STATE. (6 Div. 579.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

BRICKEN, P. J. From a conviction for the offense of violating the prohibition laws, this defendant appealed to this court. The appeal is predicated upon the record proper, and this has been examined and is found to be regular in all respects. No error being apparent on the record, and no other question being presented for our consideration, the judgment of conviction in the circuit court is affirmed. Affirmed.

**(102 So. 926)**

Fred SPEED v. STATE. (6 Div. 604.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. In the absence of a bill of exceptions, the ruling of the court, denying defendant in the court below a new trial, is not presented for the consideration of this court. From a conviction for the offense of grand larceny the defendant appealed. He was sentenced to serve an indeterminate term of imprisonment in the penitentiary of not less than four years or more than ten years. This appeal is upon the record proper, and, as no error appears thereon, the judgment of conviction in the circuit court must be affirmed. Affirmed.

**(104 So. 925)**

Jack SPEIGHT v. STATE. (8 Div. 272.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Limestone County; James E. Horton, Jr., Judge.

RICE, J. The defendant was convicted of the offense of distilling, and appeals on the record proper, without bill of exceptions. There appearing no prejudicial error, the judgment will be affirmed.

**(101 So. 926)**

Gussie SPRAY v. STATE. (8 Div. 226.) (Court of Appeals of Alabama. June 30, 1924.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge. Violating prohibition law.

SAMFORD, J. The only question is as to whether the defendant was entitled to the general charge. We are of the opinion that the question was for the jury, and that the general charge was properly refused. We find no error in the record, and the judgment is affirmed.

**(102 So. 926)**

John STANFORD v. STATE. (6 Div. 680.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

RICE, J. Appeal dismissed by appellant.